IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00059-FL

| DORIS BILLINGS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's motion to dismiss Plaintiff's complaint, it is hereby ordered that Defendant's motion is granted and that Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this  2nd  day of _____August, 2016.

_____
Louise W. Flanagan
United States District Judge