UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA FARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:16-CV-59-FL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2016, that defendant's motion to dismiss with prejudice is granted.

**This Judgment Filed and Entered on August 2, 2016, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David N. Mervis (via CM/ECF Notice of Electronic Filing)

August 2, 2016         JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk